CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
NOV 16 2009
JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 6:08-cr-00006 |
| STEVE ALLEN BLACK, RONALD EDWARD BLACK, and DERECK LORENZO DUNSTON, Defendants. | ORDER |

For the reasons stated in the accompanying Memorandum Opinion, an Amended Judgment will be entered in this case. The Amended Judgement will reflect the following: that Caja Mediterraneo and Chase Manhattan Bank have been removed as victims; that Capital One is the only remaining victim; and that the restitution owed to Capital One totals $112,725.65, jointly and several among all three Defendants.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 16th day of November, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE